**Exhibit "1"**

| IP | IP | Filehash |
|---|---|---|
| 101 | 174.125.147.28 | 7BE11BEB46F18E5EBFFBE1AF59557BB2A351B6CF |
| 102 | 174.125.20.19 | 6CC56DFE3ED536648120F79E33978D686D55A250 |
| 103 | 174.20.35.192 | C792FFC7C9DF397C76713FD2459D60D51BDE6A9A |
| 104 | 174.20.66.111 | 891B183556A22634C3DB54BA3D094DDED36673AA |
| 105 | 174.25.64.12 | E9B04ACFE91DCBEA5B32DA8ED2E59CCCEA33AFCD |
| 106 | 174.25.81.232 | 891B183556A22634C3DB54BA3D094DDED36673AA |
| 107 | 174.26.243.252 | 468A426EE49D2B40C80E6898BA750103A9CEC3BA |
| 108 | 174.27.172.23 | E9B04ACFE91DCBEA5B32DA8ED2E59CCCEA33AFCD |
| 109 | 174.28.62.230 | 7BE11BEB46F18E5EBFFBE1AF59557BB2A351B6CF |
| 110 | 174.28.75.14 | E9B04ACFE91DCBEA5B32DA8ED2E59CCCEA33AFCD |
| 111 | 174.30.39.30 | BEAFC7A9B5EE443A0D80CAF9458A559A359E6330 |
| 112 | 174.31.111.144 | 91F3D3CEC498EEA03412A82B1EC60C9ECB187F7A |
| 113 | 174.31.60.95 | 7BE11BEB46F18E5EBFFBE1AF59557BB2A351B6CF |
| 114 | 174.31.97.217 | B0ED4DDDC8E2133846D1AC02114AF91DFEE708AE |
| 115 | 184.4.87.159 | B6D12BDD484F71080051DBC77E533601672C1137 |
| 116 | 184.98.51.79 | 468A426EE49D2B40C80E6898BA750103A9CEC3BA |
| 117 | 184.99.130.109 | B6D12BDD484F71080051DBC77E533601672C1137 |
| 118 | 63.158.47.177 | 7BE11BEB46F18E5EBFFBE1AF59557BB2A351B6CF |
| 119 | 63.158.47.179 | 7BE11BEB46F18E5EBFFBE1AF59557BB2A351B6CF |
| 120 | 63.158.47.180 | 7BE11BEB46F18E5EBFFBE1AF59557BB2A351B6CF |
| 121 | 63.158.47.181 | 7BE11BEB46F18E5EBFFBE1AF59557BB2A351B6CF |
| 122 | 63.158.47.182 | 7BE11BEB46F18E5EBFFBE1AF59557BB2A351B6CF |
| 123 | 65.113.132.50 | 91F3D3CEC498EEA03412A82B1EC60C9ECB187F7A |
| 124 | 65.125.255.242 | C69489F19F90EE04C96D80CA6E891B424B25DFC7 |
| 125 | 65.128.250.75 | 5BF89E277790971BE413D8F42452A24AC4443997 |
| 126 | 65.130.254.92 | 9FBEEEF55D19F696F9D7B1D7941AB700D5F0FE16 |
| 127 | 65.131.238.196 | E9B04ACFE91DCBEA5B32DA8ED2E59CCCEA33AFCD |
| 128 | 65.140.210.234 | 7BE11BEB46F18E5EBFFBE1AF59557BB2A351B6CF |
| 129 | 65.141.240.191 | 7893C07D6D8FDC767FD03946944FDD68A85A5C99 |
| 130 | 65.151.155.241 | 7BE11BEB46F18E5EBFFBE1AF59557BB2A351B6CF |
| 131 | 65.151.155.243 | 7BE11BEB46F18E5EBFFBE1AF59557BB2A351B6CF |
| 132 | 65.155.47.12 | C204608A7CF13CDB39790E072202CAD8691E54BE |
| 133 | 67.1.167.243 | AC5BDABCE9A7141241D18308BDA55351C9C2A19C |
| 134 | 67.233.176.44 | 7BE11BEB46F18E5EBFFBE1AF59557BB2A351B6CF |
| 135 | 67.234.40.113 | C204608A7CF13CDB39790E072202CAD8691E54BE |
| 136 | 67.237.185.181 | B6D12BDD484F71080051DBC77E533601672C1137 |
| 137 | 67.238.155.214 | 91F3D3CEC498EEA03412A82B1EC60C9ECB187F7A |
| 138 | 67.4.195.120 | 7BE11BEB46F18E5EBFFBE1AF59557BB2A351B6CF |
| 139 | 67.41.41.142 | E9B04ACFE91DCBEA5B32DA8ED2E59CCCEA33AFCD |
| 140 | 67.6.151.127 | 7BE11BEB46F18E5EBFFBE1AF59557BB2A351B6CF |
| 141 | 67.6.157.38 | C204608A7CF13CDB39790E072202CAD8691E54BE |
| 142 | 67.6.27.217 | 6C20DCA33CC84493F29BE1ECD2AD7E5EBFF6A868 |
| 143 | 67.6.48.53 | 6C20DCA33CC84493F29BE1ECD2AD7E5EBFF6A868 |

| | | |
|---|---|---|
| 144 | 70.59.77.11 | 7BE11BEB46F18E5EBFFBE1AF59557BB2A351B6CF |
| 145 | 70.59.85.92 | 7BE11BEB46F18E5EBFFBE1AF59557BB2A351B6CF |
| 146 | 71.1.226.21 | 7BE11BEB46F18E5EBFFBE1AF59557BB2A351B6CF |
| 147 | 71.209.104.32 | 7BE11BEB46F18E5EBFFBE1AF59557BB2A351B6CF |
| 148 | 71.210.65.242 | E9B04ACFE91DCBEA5B32DA8ED2E59CCCEA33AFCD |
| 149 | 71.211.10.76 | E9B04ACFE91DCBEA5B32DA8ED2E59CCCEA33AFCD |
| 150 | 71.212.122.155 | 4826A475B20A772A3C88E6A4F4436728C590C648 |
| 151 | 71.213.140.228 | 7893C07D6D8FDC767FD03946944FDD68A85A5C99 |
| 152 | 71.214.9.232 | B6D12BDD484F71080051DBC77E533601672C1137 |
| 153 | 71.214.96.145 | E9B04ACFE91DCBEA5B32DA8ED2E59CCCEA33AFCD |
| 154 | 71.215.67.173 | 790EAFF3BE2D324B6EE218AE966A044FCCBA7A2F |
| 155 | 71.215.93.142 | 7BE11BEB46F18E5EBFFBE1AF59557BB2A351B6CF |
| 156 | 71.217.104.182 | 468A426EE49D2B40C80E6898BA750103A9CEC3BA |
| 157 | 71.217.152.206 | B0ED4DDDC8E2133846D1AC02114AF91DFEE708AE |
| 158 | 71.218.255.69 | C204608A7CF13CDB39790E072202CAD8691E54BE |
| 159 | 71.219.162.218 | BF8268F5A9A7A5A229658E849D42ED7D64724E3D |
| 160 | 71.219.165.22 | BF8268F5A9A7A5A229658E849D42ED7D64724E3D |
| 161 | 71.219.177.79 | C204608A7CF13CDB39790E072202CAD8691E54BE |
| 162 | 71.219.55.4 | 468A426EE49D2B40C80E6898BA750103A9CEC3BA |
| 163 | 71.222.182.19 | 7893C07D6D8FDC767FD03946944FDD68A85A5C99 |
| 164 | 71.3.71.166 | 38571F3B40C00BD05F134FD8301F0F787059C8F3 |
| 165 | 71.34.111.84 | E9B04ACFE91DCBEA5B32DA8ED2E59CCCEA33AFCD |
| 166 | 71.34.166.232 | E44749C2E425440FFE9EC50CCB7D1696ECE5A48C |
| 167 | 71.36.204.61 | 58E4FE94635EF2734314E211C1F5592C72F97E05 |
| 168 | 71.38.37.227 | E9B04ACFE91DCBEA5B32DA8ED2E59CCCEA33AFCD |
| 169 | 71.38.47.121 | C204608A7CF13CDB39790E072202CAD8691E54BE |
| 170 | 71.48.38.139 | 937BB09FE4A1788553CA9978491A0C648EA79E3E |
| 171 | 71.49.173.101 | E9B04ACFE91DCBEA5B32DA8ED2E59CCCEA33AFCD |
| 172 | 71.49.236.85 | C204608A7CF13CDB39790E072202CAD8691E54BE |
| 173 | 71.54.164.114 | 9FBEEEF55D19F696F9D7B1D7941AB700D5F0FE16 |
| 174 | 75.164.166.70 | 476968EBA729B976BC053C4A2C26B76C862D3213 |
| 175 | 75.164.37.14 | C204608A7CF13CDB39790E072202CAD8691E54BE |
| 176 | 75.166.35.57 | AC5BDABCE9A7141241D18308BDA55351C9C2A19C |
| 177 | 75.167.121.203 | C204608A7CF13CDB39790E072202CAD8691E54BE |
| 178 | 75.170.39.104 | 7BE11BEB46F18E5EBFFBE1AF59557BB2A351B6CF |
| 179 | 75.170.44.236 | C204608A7CF13CDB39790E072202CAD8691E54BE |
| 180 | 75.173.68.235 | C204608A7CF13CDB39790E072202CAD8691E54BE |
| 181 | 75.173.73.238 | 7BE11BEB46F18E5EBFFBE1AF59557BB2A351B6CF |
| 182 | 75.174.89.174 | BE2FA85D46811A2D3F0B4E45BA70153BEB2E658C |
| 183 | 75.175.172.186 | E9B04ACFE91DCBEA5B32DA8ED2E59CCCEA33AFCD |
| 184 | 75.175.81.211 | 468A426EE49D2B40C80E6898BA750103A9CEC3BA |
| 185 | 76.0.21.108 | C204608A7CF13CDB39790E072202CAD8691E54BE |
| 186 | 76.5.99.216 | 468A426EE49D2B40C80E6898BA750103A9CEC3BA |
| 187 | 97.113.233.56 | 9FA819BD2B59CC83515A98622ED493F7CC133810 |

| | | |
|---:|---|---|
| 188 | 97.115.220.104 | E9B04ACFE91DCBEA5B32DA8ED2E59CCCEA33AFCD |
| 189 | 97.119.166.81 | 7BE11BEB46F18E5EBFFBE1AF59557BB2A351B6CF |
| 190 | 97.122.201.215 | 117B30F1FB138DC5EA00D29C52FFB468809C5B6A |

| IP | Filename |
|---|---|
| 101 | Breathe.2024.720p.AMZN.WEBRip.800MB.x264-GalaxyRG[TGx] |
| 102 | Silent.Night.2023.720p.AMZN.WEBRip.800MB.x264-GalaxyRG[TGx] |
| 103 | Sympathy For The Devil (2023) [BLURAY] [1080p] [BluRay] [5.1] [YTS.MX] |
| 104 | Sympathy.for.the.Devil.2023.1080p.AMZN.WEBRip.1400MB.DD5.1.x264-GalaxyRG[TGx] |
| 105 | Breathe.2024.1080p.AMZN.WEBRip.DDP5.1.x265.10bit-GalaxyRG265[TGx] |
| 106 | Sympathy.for.the.Devil.2023.1080p.AMZN.WEBRip.1400MB.DD5.1.x264-GalaxyRG[TGx] |
| 107 | Fall (2022) [1080p] [WEBRip] [5.1] [YTS.MX] |
| 108 | Breathe.2024.1080p.AMZN.WEBRip.DDP5.1.x265.10bit-GalaxyRG265[TGx] |
| 109 | Breathe.2024.720p.AMZN.WEBRip.800MB.x264-GalaxyRG[TGx] |
| 110 | Breathe.2024.1080p.AMZN.WEBRip.DDP5.1.x265.10bit-GalaxyRG265[TGx] |
| 111 | Black Lotus (2023) [720p] [BluRay] [YTS.MX] |
| 112 | Silent Night (2023) [720p] [WEBRip] [YTS.MX] |
| 113 | Breathe.2024.720p.AMZN.WEBRip.800MB.x264-GalaxyRG[TGx] |
| 114 | Silent Night (2023) [1080p] [WEBRip] [5.1] [YTS.MX] |
| 115 | Breathe (2024) [1080p] [WEBRip] [5.1] [YTS.MX] |
| 116 | Fall (2022) [1080p] [WEBRip] [5.1] [YTS.MX] |
| 117 | Breathe (2024) [1080p] [WEBRip] [5.1] [YTS.MX] |
| 118 | Breathe.2024.720p.AMZN.WEBRip.800MB.x264-GalaxyRG[TGx] |
| 119 | Breathe.2024.720p.AMZN.WEBRip.800MB.x264-GalaxyRG[TGx] |
| 120 | Breathe.2024.720p.AMZN.WEBRip.800MB.x264-GalaxyRG[TGx] |
| 121 | Breathe.2024.720p.AMZN.WEBRip.800MB.x264-GalaxyRG[TGx] |
| 122 | Breathe.2024.720p.AMZN.WEBRip.800MB.x264-GalaxyRG[TGx] |
| 123 | Silent Night (2023) [720p] [WEBRip] [YTS.MX] |
| 124 | A Queda 2022 1080p BluRay DUAL |
| 125 | Black Lotus (2023) cast.mp4 |
| 126 | Fall (2022) [1080p] [BluRay] [5.1] [YTS.MX] |
| 127 | Breathe.2024.1080p.AMZN.WEBRip.DDP5.1.x265.10bit-GalaxyRG265[TGx] |
| 128 | Breathe.2024.720p.AMZN.WEBRip.800MB.x264-GalaxyRG[TGx] |
| 129 | Breathe.2024.1080p.AMZN.WEBRip.1400MB.DD5.1.x264-GalaxyRG[TGx] |
| 130 | Breathe.2024.720p.AMZN.WEBRip.800MB.x264-GalaxyRG[TGx] |
| 131 | Breathe.2024.720p.AMZN.WEBRip.800MB.x264-GalaxyRG[TGx] |
| 132 | Breathe (2024) [720p] [WEBRip] [YTS.MX] |
| 133 | Fall.2022.1080p.WEBRip.1400MB.DD5.1.x264-GalaxyRG[TGx] |
| 134 | Breathe.2024.720p.AMZN.WEBRip.800MB.x264-GalaxyRG[TGx] |
| 135 | Breathe (2024) [720p] [WEBRip] [YTS.MX] |
| 136 | Breathe (2024) [1080p] [WEBRip] [5.1] [YTS.MX] |
| 137 | Silent Night (2023) [720p] [WEBRip] [YTS.MX] |
| 138 | Breathe.2024.720p.AMZN.WEBRip.800MB.x264-GalaxyRG[TGx] |
| 139 | Breathe.2024.1080p.AMZN.WEBRip.DDP5.1.x265.10bit-GalaxyRG265[TGx] |
| 140 | Breathe.2024.720p.AMZN.WEBRip.800MB.x264-GalaxyRG[TGx] |
| 141 | Breathe (2024) [720p] [WEBRip] [YTS.MX] |
| 142 | Fall.2022.720p.WEBRip.800MB.x264-GalaxyRG[TGx] |
| 143 | Fall.2022.720p.WEBRip.800MB.x264-GalaxyRG[TGx] |

| | |
|---|---|
| 144 | Breathe.2024.720p.AMZN.WEBRip.800MB.x264-GalaxyRG[TGx] |
| 145 | Breathe.2024.720p.AMZN.WEBRip.800MB.x264-GalaxyRG[TGx] |
| 146 | Breathe.2024.720p.AMZN.WEBRip.800MB.x264-GalaxyRG[TGx] |
| 147 | Breathe.2024.720p.AMZN.WEBRip.800MB.x264-GalaxyRG[TGx] |
| 148 | Breathe.2024.1080p.AMZN.WEBRip.DDP5.1.x265.10bit-GalaxyRG265[TGx] |
| 149 | Breathe.2024.1080p.AMZN.WEBRip.DDP5.1.x265.10bit-GalaxyRG265[TGx] |
| 150 | Breathe 2024  1080p Web-DL HECV x265 10Bit DDP5.1 Subs KINGDOM RG |
| 151 | Breathe.2024.1080p.AMZN.WEBRip.1400MB.DD5.1.x264-GalaxyRG[TGx] |
| 152 | Breathe (2024) [1080p] [WEBRip] [5.1] [YTS.MX] |
| 153 | Breathe.2024.1080p.AMZN.WEBRip.DDP5.1.x265.10bit-GalaxyRG265[TGx] |
| 154 | Padre Pio (2022) [720p] [WEBRip] [YTS.MX] |
| 155 | Breathe.2024.720p.AMZN.WEBRip.800MB.x264-GalaxyRG[TGx] |
| 156 | Fall (2022) [1080p] [WEBRip] [5.1] [YTS.MX] |
| 157 | Silent Night (2023) [1080p] [WEBRip] [5.1] [YTS.MX] |
| 158 | Breathe (2024) [720p] [WEBRip] [YTS.MX] |
| 159 | Silent.Night.2023.2160p.Dolby.Vision.And.HDR10.PLUS.DDP5.1.Atmos.DV.x265.MP4-BEN.THE.MEN |
| 160 | Silent.Night.2023.2160p.Dolby.Vision.And.HDR10.PLUS.DDP5.1.Atmos.DV.x265.MP4-BEN.THE.MEN |
| 161 | Breathe (2024) [720p] [WEBRip] [YTS.MX] |
| 162 | Fall (2022) [1080p] [WEBRip] [5.1] [YTS.MX] |
| 163 | Breathe.2024.1080p.AMZN.WEBRip.1400MB.DD5.1.x264-GalaxyRG[TGx] |
| 164 | Silent Night (2023) [1080p] [BluRay] [5.1] [YTS.MX] |
| 165 | Breathe.2024.1080p.AMZN.WEBRip.DDP5.1.x265.10bit-GalaxyRG265[TGx] |
| 166 | Breathe (2024) [2160p] [4K] [WEB] [5.1] [YTS.MX] |
| 167 | The Estate (2022) [1080p] [BluRay] [5.1] [YTS.MX] |
| 168 | Breathe.2024.1080p.AMZN.WEBRip.DDP5.1.x265.10bit-GalaxyRG265[TGx] |
| 169 | Breathe (2024) [720p] [WEBRip] [YTS.MX] |
| 170 | Manodrome.2023.1080p.WEBRip.1400MB.DD5.1.x264-GalaxyRG[TGx] |
| 171 | Breathe.2024.1080p.AMZN.WEBRip.DDP5.1.x265.10bit-GalaxyRG265[TGx] |
| 172 | Breathe (2024) [720p] [WEBRip] [YTS.MX] |
| 173 | Fall (2022) [1080p] [BluRay] [5.1] [YTS.MX] |
| 174 | Sympathy for the Devil (2023) (1080p BluRay x265 HEVC 10bit AAC 5.1 Tigole) |
| 175 | Breathe (2024) [720p] [WEBRip] [YTS.MX] |
| 176 | Fall.2022.1080p.WEBRip.1400MB.DD5.1.x264-GalaxyRG[TGx] |
| 177 | Breathe (2024) [720p] [WEBRip] [YTS.MX] |
| 178 | Breathe.2024.720p.AMZN.WEBRip.800MB.x264-GalaxyRG[TGx] |
| 179 | Breathe (2024) [720p] [WEBRip] [YTS.MX] |
| 180 | Breathe (2024) [720p] [WEBRip] [YTS.MX] |
| 181 | Breathe.2024.720p.AMZN.WEBRip.800MB.x264-GalaxyRG[TGx] |
| 182 | www.Torrenting.com   -    Silent Night (2023) 720p BluRay-LAMA |
| 183 | Breathe.2024.1080p.AMZN.WEBRip.DDP5.1.x265.10bit-GalaxyRG265[TGx] |
| 184 | Fall (2022) [1080p] [WEBRip] [5.1] [YTS.MX] |
| 185 | Breathe (2024) [720p] [WEBRip] [YTS.MX] |
| 186 | Fall (2022) [1080p] [WEBRip] [5.1] [YTS.MX] |
| 187 | Fall.2022.1080p.WEB-DL.DD5.1.H.264-EVO[TGx] |

| | |
|---:|---|
| 188 | Breathe.2024.1080p.AMZN.WEBRip.DDP5.1.x265.10bit-GalaxyRG265[TGx] |
| 189 | Breathe.2024.720p.AMZN.WEBRip.800MB.x264-GalaxyRG[TGx] |
| 190 | Fall (2022) [2160p] [4K] [WEB] [5.1] [YTS.MX] |

| IP | Port | ISP | HitDate |
|---|---|---|---|
| 101 | 46345 | CenturyLink | 2024-04-11 04:23:02 |
| 102 | 50083 | CenturyLink | 2024-04-06 05:40:58 |
| 103 | 51202 | CenturyLink | 2024-05-31 12:01:44 |
| 104 | 43453 | CenturyLink | 2024-07-02 14:08:01 |
| 105 | 59975 | CenturyLink | 2024-06-18 01:00:45 |
| 106 | 52194 | CenturyLink | 2024-06-26 05:27:56 |
| 107 | 37071 | CenturyLink | 2024-06-27 02:14:51 |
| 108 | 6896 | CenturyLink | 2024-04-22 00:42:20 |
| 109 | 59779 | CenturyLink | 2024-04-11 04:27:32 |
| 110 | 6895 | CenturyLink | 2024-04-21 05:16:50 |
| 111 | 50331 | CenturyLink | 2024-05-11 12:59:25 |
| 112 | 58505 | CenturyLink | 2024-04-26 04:16:15 |
| 113 | 65282 | CenturyLink | 2024-04-11 20:20:00 |
| 114 | 51527 | CenturyLink | 2024-06-21 18:27:10 |
| 115 | 63389 | CenturyLink | 2024-05-14 22:40:19 |
| 116 | 60627 | CenturyLink | 2024-06-25 19:24:13 |
| 117 | 36943 | CenturyLink | 2024-05-11 06:41:30 |
| 118 | 63671 | CenturyLink | 2024-04-11 09:28:21 |
| 119 | 53332 | CenturyLink | 2024-04-29 13:00:10 |
| 120 | 62437 | CenturyLink | 2024-05-15 06:03:47 |
| 121 | 52495 | CenturyLink | 2024-05-06 05:01:51 |
| 122 | 56990 | CenturyLink | 2024-04-22 04:52:55 |
| 123 | 61099 | CenturyLink | 2024-05-11 22:01:30 |
| 124 | 34695 | CenturyLink | 2024-06-30 00:24:00 |
| 125 | 59534 | CenturyLink | 2024-07-03 00:52:32 |
| 126 | 6881 | CenturyLink | 2024-04-29 06:35:59 |
| 127 | 51452 | CenturyLink | 2024-05-12 16:01:02 |
| 128 | 32777 | CenturyLink | 2024-04-10 18:43:48 |
| 129 | 54815 | CenturyLink | 2024-04-10 16:38:14 |
| 130 | 30471 | CenturyLink | 2024-04-16 09:43:58 |
| 131 | 52130 | CenturyLink | 2024-04-11 02:43:51 |
| 132 | 34305 | CenturyLink | 2024-06-25 01:46:48 |
| 133 | 51007 | CenturyLink | 2024-06-29 06:04:54 |
| 134 | 6896 | CenturyLink | 2024-04-13 20:32:09 |
| 135 | 46151 | CenturyLink | 2024-06-03 19:58:22 |
| 136 | 14842 | CenturyLink | 2024-05-08 20:12:12 |
| 137 | 46007 | CenturyLink | 2024-06-27 03:22:33 |
| 138 | 55834 | CenturyLink | 2024-05-01 14:52:28 |
| 139 | 43078 | CenturyLink | 2024-05-11 20:43:22 |
| 140 | 48308 | CenturyLink | 2024-05-01 23:52:36 |
| 141 | 47515 | CenturyLink | 2024-04-16 01:42:36 |
| 142 | 45254 | CenturyLink | 2024-06-12 21:12:41 |
| 143 | 49439 | CenturyLink | 2024-06-22 17:46:57 |

| | | | |
|---|---|---|---|
| 144 | 61522 | CenturyLink | 2024-04-22 20:10:44 |
| 145 | 6881 | CenturyLink | 2024-04-21 13:43:00 |
| 146 | 6894 | CenturyLink | 2024-04-10 23:29:25 |
| 147 | 58543 | CenturyLink | 2024-04-19 22:11:34 |
| 148 | 14866 | CenturyLink | 2024-05-10 02:25:13 |
| 149 | 39881 | CenturyLink | 2024-04-29 01:06:36 |
| 150 | 38313 | CenturyLink | 2024-05-13 00:32:00 |
| 151 | 58289 | CenturyLink | 2024-04-14 19:47:14 |
| 152 | 39815 | CenturyLink | 2024-04-11 00:18:01 |
| 153 | 59325 | CenturyLink | 2024-05-08 00:51:30 |
| 154 | 14884 | CenturyLink | 2024-05-24 16:07:34 |
| 155 | 12322 | CenturyLink | 2024-04-12 12:46:39 |
| 156 | 6881 | CenturyLink | 2024-06-17 16:52:40 |
| 157 | 6881 | CenturyLink | 2024-04-04 01:24:11 |
| 158 | 50049 | CenturyLink | 2024-05-23 20:02:44 |
| 159 | 38635 | CenturyLink | 2024-04-30 22:19:08 |
| 160 | 55479 | CenturyLink | 2024-06-30 05:00:26 |
| 161 | 58129 | CenturyLink | 2024-05-09 00:02:58 |
| 162 | 57542 | CenturyLink | 2024-04-14 14:54:11 |
| 163 | 63881 | CenturyLink | 2024-04-11 03:51:58 |
| 164 | 59919 | CenturyLink | 2024-06-08 19:25:10 |
| 165 | 51604 | CenturyLink | 2024-04-13 03:22:25 |
| 166 | 60811 | CenturyLink | 2024-06-02 18:28:47 |
| 167 | 5490 | CenturyLink | 2024-05-14 02:42:15 |
| 168 | 51018 | CenturyLink | 2024-04-10 14:14:38 |
| 169 | 40642 | CenturyLink | 2024-04-11 05:51:16 |
| 170 | 45533 | CenturyLink | 2024-06-28 23:07:14 |
| 171 | 45411 | CenturyLink | 2024-04-11 17:38:39 |
| 172 | 2076 | CenturyLink | 2024-06-07 05:51:38 |
| 173 | 49180 | CenturyLink | 2024-06-16 03:18:20 |
| 174 | 45905 | CenturyLink | 2024-06-13 23:39:02 |
| 175 | 58576 | CenturyLink | 2024-04-11 14:59:15 |
| 176 | 37657 | CenturyLink | 2024-06-09 19:22:32 |
| 177 | 6881 | CenturyLink | 2024-05-07 21:10:45 |
| 178 | 55770 | CenturyLink | 2024-04-10 22:37:27 |
| 179 | 35139 | CenturyLink | 2024-06-06 21:40:38 |
| 180 | 46476 | CenturyLink | 2024-04-11 00:56:32 |
| 181 | 6892 | CenturyLink | 2024-05-08 21:05:47 |
| 182 | 54744 | CenturyLink | 2024-06-20 14:04:22 |
| 183 | 6899 | CenturyLink | 2024-04-20 02:51:20 |
| 184 | 6881 | CenturyLink | 2024-04-16 22:18:57 |
| 185 | 47751 | CenturyLink | 2024-04-11 01:16:17 |
| 186 | 6881 | CenturyLink | 2024-04-30 19:57:20 |
| 187 | 48319 | CenturyLink | 2024-04-14 04:04:03 |

| | | | |
|---|---|---|---|
| 188 | 23530 | CenturyLink | 2024-04-28 08:02:52 |
| 189 | 37130 | CenturyLink | 2024-04-17 05:32:55 |
| 190 | 27181 | CenturyLink | 2024-06-17 16:51:38 |

| IP | Title | Notice Send |
|---|---|---|
| 101 | Breathe | 2024-04-11 10:03:36 |
| 102 | Silent Night | 2024-04-06 08:52:45 |
| 103 | Sympathy for the Devil | 2024-05-31 15:42:18 |
| 104 | Sympathy for the Devil | 2024-07-02 17:19:02 |
| 105 | Breathe | 2024-06-18 04:04:28 |
| 106 | Sympathy for the Devil | 2024-06-26 08:48:32 |
| 107 | Fall | 2024-06-27 05:28:31 |
| 108 | Breathe | 2024-04-22 04:32:52 |
| 109 | Breathe | 2024-04-11 10:03:07 |
| 110 | Breathe | 2024-04-21 08:49:21 |
| 111 | Black Lotus | 2024-05-11 16:45:20 |
| 112 | Silent Night | 2024-04-26 07:49:46 |
| 113 | Breathe | 2024-04-11 23:55:45 |
| 114 | Silent Night | 2024-06-21 21:50:31 |
| 115 | Breathe | 2024-05-15 02:41:31 |
| 116 | Fall | 2024-06-25 22:58:38 |
| 117 | Breathe | 2024-05-11 10:18:40 |
| 118 | Breathe | 2024-04-11 12:46:30 |
| 119 | Breathe | 2024-04-29 16:15:33 |
| 120 | Breathe | 2024-05-15 09:11:52 |
| 121 | Breathe | 2024-05-06 08:07:31 |
| 122 | Breathe | 2024-04-22 08:39:51 |
| 123 | Silent Night | 2024-05-12 01:38:15 |
| 124 | Fall | 2024-06-30 03:56:18 |
| 125 | Black Lotus | 2024-07-03 07:48:44 |
| 126 | Fall | 2024-04-29 09:53:51 |
| 127 | Breathe | 2024-05-12 19:16:36 |
| 128 | Breathe | 2024-04-11 09:21:55 |
| 129 | Breathe | 2024-04-11 09:22:00 |
| 130 | Breathe | 2024-04-16 12:55:08 |
| 131 | Breathe | 2024-04-11 09:22:05 |
| 132 | Breathe | 2024-06-25 05:48:11 |
| 133 | Fall | 2024-06-29 09:38:14 |
| 134 | Breathe | 2024-04-14 12:13:23 |
| 135 | Breathe | 2024-06-04 01:22:45 |
| 136 | Breathe | 2024-05-08 23:29:05 |
| 137 | Silent Night | 2024-06-27 06:55:26 |
| 138 | Breathe | 2024-05-01 18:42:42 |
| 139 | Breathe | 2024-05-12 00:16:02 |
| 140 | Breathe | 2024-05-02 03:27:46 |
| 141 | Breathe | 2024-04-16 05:07:22 |
| 142 | Fall | 2024-06-13 00:56:36 |
| 143 | Fall | 2024-06-22 21:38:56 |

| | | |
|---|---|---|
| 144 | Breathe | 2024-04-22 23:41:34 |
| 145 | Breathe | 2024-04-21 17:08:05 |
| 146 | Breathe | 2024-04-11 09:27:02 |
| 147 | Breathe | 2024-04-20 01:30:18 |
| 148 | Breathe | 2024-05-10 05:55:33 |
| 149 | Breathe | 2024-04-29 04:25:57 |
| 150 | Breathe | 2024-05-13 03:51:21 |
| 151 | Breathe | 2024-04-14 23:56:16 |
| 152 | Breathe | 2024-04-12 04:00:01 |
| 153 | Breathe | 2024-05-08 05:11:55 |
| 154 | Padre Pio | 2024-05-24 19:34:47 |
| 155 | Breathe | 2024-04-12 16:49:54 |
| 156 | Fall | 2024-06-17 21:12:13 |
| 157 | Silent Night | 2024-04-04 05:57:07 |
| 158 | Breathe | 2024-05-23 23:26:47 |
| 159 | Silent Night | 2024-05-01 01:24:37 |
| 160 | Silent Night | 2024-06-30 08:16:09 |
| 161 | Breathe | 2024-05-09 03:41:21 |
| 162 | Fall | 2024-04-14 19:20:49 |
| 163 | Breathe | 2024-04-11 09:27:49 |
| 164 | Silent Night | 2024-06-08 22:35:14 |
| 165 | Breathe | 2024-04-13 07:04:55 |
| 166 | Breathe | 2024-06-02 22:19:46 |
| 167 | The Estate | 2024-05-14 06:07:40 |
| 168 | Breathe | 2024-04-11 03:53:59 |
| 169 | Breathe | 2024-04-11 09:27:07 |
| 170 | Manodrome | 2024-06-29 02:33:35 |
| 171 | Breathe | 2024-04-11 21:21:32 |
| 172 | Breathe | 2024-06-07 09:28:18 |
| 173 | Fall | 2024-06-16 07:04:45 |
| 174 | Sympathy for the Devil | 2024-06-14 03:01:15 |
| 175 | Breathe | 2024-04-11 20:26:45 |
| 176 | Fall | 2024-06-09 22:52:27 |
| 177 | Breathe | 2024-05-08 00:32:17 |
| 178 | Breathe | 2024-04-11 09:34:49 |
| 179 | Breathe | 2024-06-07 01:58:21 |
| 180 | Breathe | 2024-04-11 09:34:55 |
| 181 | Breathe | 2024-05-09 00:36:40 |
| 182 | Silent Night | 2024-06-20 17:43:15 |
| 183 | Breathe | 2024-04-20 07:08:23 |
| 184 | Fall | 2024-04-17 01:26:35 |
| 185 | Breathe | 2024-04-11 09:35:35 |
| 186 | Fall | 2024-04-30 23:22:37 |
| 187 | Fall | 2024-04-14 12:45:24 |

| | | |
|---:|---|---|
| 188 | Breathe | 2024-04-28 11:23:14 |
| 189 | Breathe | 2024-04-17 09:06:24 |
| 190 | Fall | 2024-06-17 21:12:20 |

| IP | PeerID |
|---|---|
| 101 | 2D5554383233302D6A54532D726F724334516F76 |
| 102 | 2D4657364330382D41446C577221306C75785865 |
| 103 | 2D5554333630572DECB72E614C911A7D92788F96 |
| 104 | 2D4657323737302D3647645A7E396C456A425342 |
| 105 | 2D4249333630302D493763734363416C46734E42 |
| 106 | 2D5744303032342D444C74465834694A44444256 |
| 107 | 2D5554383237302D67792E584334516578333753 |
| 108 | 2D4754303030312D5247693554486A3571303564 |
| 109 | 2D5554333630572DC4B7D7FD4B6D7E9F18A8B6D7 |
| 110 | 2D4754303030312D285569746B2E4C5F47783266 |
| 111 | 2D4249333630302D374D7834646831394F6C3455 |
| 112 | 2D5557313330522D6D356D4C64656B49727A626A |
| 113 | 2D4445313346302D6448502921486C6C54212933 |
| 114 | 2D5470303030302D68784B5A7A4571414149504B |
| 115 | 2D4445313346302D49507E31704B766A4C552D2D |
| 116 | 2D5554383237302D2D616F5952364A5A71373452 |
| 117 | 2D7142343634302D6343665A42382D422D324448 |
| 118 | 2D7142343630302D754E5A595428577672463343 |
| 119 | 2D7142343630302D6A7458304D38586430576538 |
| 120 | 2D7142343630302D7944534452423647355A724D |
| 121 | 2D7142343630302D786D557E48414E6F5F556679 |
| 122 | 2D7142343630302D4D53655821306B532E4D4E5A |
| 123 | 2D4657323737372D37484729474B616E37645345 |
| 124 | 2D5453303030382D3361353663334343038653866 |
| 125 | 2D5554333630572D14B8345145B4F42804011871 |
| 126 | 2D5557313430332D4E636E2A75414E414446696F |
| 127 | 2D4657364431302D5267646D617A797231666428 |
| 128 | 2D7454313837302D394A5442476957766F6A214F |
| 129 | 2D7142343634302D5464436721677A622A345F4A |
| 130 | 2D4C54323035302D6350794F44477A4767633078 |
| 131 | 2D4C54323035302D4859754D3546394E6D305653 |
| 132 | 2D7142343431302D496F7E79367234567621762E |
| 133 | 2D7142343633302D75796C4D5246746555374962 |
| 134 | 2D4754303030312D61675A486F4A322D4D62425F |
| 135 | 2D5554373634302D6D437A6A4B614E6B6F773321 |
| 136 | 2D5554333630572DEAB7AD8406ADFCE92A40C2B1 |
| 137 | 2D5554383236302D2D5267666F53494A796C546E |
| 138 | 2D7142343634302D5058532A6F4F396A5473465A |
| 139 | 2D5757303130392D2F4C6A59504351574F574D76 |
| 140 | 2D4C54323035302D305A4571395F284349707255 |
| 141 | 2D5554363138302D6D704262672A6E6C386D6B6F |
| 142 | 2D4657364432312D714365664D6B55764D313239 |
| 143 | 2D4657364432312D4F343778354C573166636E32 |

| | |
|---:|---|
| 144 | 2D55573134304A2D2A7A4F463221675A6A374D6E |
| 145 | 2D55573134304A2D432179303043575028754D59 |
| 146 | 2D4754303030312D287158344D2D646C6864756D |
| 147 | 2D4657364330382D42747276576F4E334947734A |
| 148 | 2D5554333132302D6968CF6C2DAC796647E00B8C |
| 149 | 2D5554383235302D675A5337495F4A52446B7267 |
| 150 | 2D4754303030312D654B694A4841474575504864 |
| 151 | 2D4C54313144302D6F507546744E476770643048 |
| 152 | 2D7142343634302D4B4E63584748596750456773 |
| 153 | 2D5554333535572D0EB616BB1E72857CCAC2DC3F |
| 154 | 2D415A353736302D727767716E6E557042303573 |
| 155 | 2D5554333535572DE0B4CAE86A07C53A64C56AA1 |
| 156 | 2D5557313239322D74305A7E6B764A3341662A2E |
| 157 | 2D55573134304A2D7529583872594B5F6D2D6F36 |
| 158 | 2D5554383236302D3632396B7949554F37764E6D |
| 159 | 2D5554383235302D2962684C294872685F317A67 |
| 160 | 2D5554383236302D3938666A4442667271536668 |
| 161 | 2D5554383235302D76514E493738583359742E28 |
| 162 | 2D4445323131732D6875296C4747667461795A62 |
| 163 | 2D5554333630572DC4B75D9747D59D7A6B947EB4 |
| 164 | 2D55573134304A2D5A6C4A634D37614763487267 |
| 165 | 2D7142343634302D594B5A413538745F21423046 |
| 166 | 2D5554383236302D7042544B684E503650736B57 |
| 167 | 2D7142343535302D49536C624746686F49516278 |
| 168 | 2D415A353736302D4130366146454857476E7461 |
| 169 | 2D4254376230572D4BB7F92880796B1EB743523D |
| 170 | 2D7142343635302D35366855776743724271514E |
| 171 | 2D5554333630572DC4B7B494264B3901A812C282 |
| 172 | 2D7142343635302D414636506574674B5343522A |
| 173 | 2D7142343635302D362D5F2849362159536F5969 |
| 174 | 2D7142343635302D75354E4F58367E2A5363354A |
| 175 | 2D5554333630572DC4B75884F38F64E46930650B |
| 176 | 2D5554383237302D6F7636697E744E462E33394C |
| 177 | 2D4C54323036302D5A6C4C68687E46416A336328 |
| 178 | 2D554D313837302D14AB78E44BD1B1BA1BAC7B95 |
| 179 | 2D5554383236302D666B7E532A4C2D787E63216B |
| 180 | 2D4C72343730302D6A56614F6C50727172584478 |
| 181 | 2D4754303030312D6762376E437655524A6A3041 |
| 182 | 2D5554333630572D0CB895C69E88BEF7B04BD5AD |
| 183 | 2D4754303030312D373829426E506E7569516F58 |
| 184 | 2D55573134304A2D6E562E4D4C28337A76566C56 |
| 185 | 2D5554333535572DE6B28E3DDE9E6FEF798FF31B |
| 186 | 2D55573134304A2D286221382E54387170644F69 |
| 187 | 2D5554333535572DDEB2B8E3D4AC87ADC66FE5F9 |

| | |
|---:|---|
| 188 | 2D5554333630572DC4B784150205C8B66EF5CDFF |
| 189 | 2D7142343634302D4A4A4134302D452A36367267 |
| 190 | 2D7142343633302D28386E4F7741594228484C7A |