# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 24-mc-72

Plaintiff: CAPSTONE STUDIOS CORP. et al

v.

Defendant: Edna Campos, Subscriber of CenturyLink

**FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO**
4:48 pm, Sep 03, 2024
**JEFFREY P. COLWELL, CLERK**

---

### MOTION TO QUASH SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

---

Defendant Edna Campos hereby files this Motion to Quash Subpoena to Produce Documents, Information, Or Objects Or To Permit Inspection Of Premises In A Civil Action, and hereby request that this Court quash the Subpoena to Produce pursuant to C.R.C.P Rule 45(b)(5)(A), and in support of state as follows:

C.R.C.P. Rule 45 requires that a subpoena to produce be served at least 14 days prior to the time that production is required. C.R.C.P. Rule 45(b)(1)(C). If a party serves a subpoena to produce that does not allow for the required 14 days, the court must quash the subpoena. C.R.C.P. Rule 45(b)(3). The Court has no discretion: the court must quash the subpoena if sufficient time is not given.

Here, the Defendant Edna Campos was notified she was subject to a subpoena to produce documents, information, or objects or to permit inspection of premises in a civil action on August 24, 2024. The subpoena requires compliance by September 4, 2024. Less than (11) days were given for compliance or response. Eleven (11) days is less than 14 days required by the Rules. The Plaintiffs and Responding party have failed to

allow sufficient time to produce, or respond as required by the Rules, therefore the Defendant Edna Campos is respectfully requesting the Court quash the subpoena issued by the Plaintiff.

I confirm that I have conferred with the opposing counsel in good faith regarding this motion, as required under local rule D.C.COLO.LCivR 7.1(a) [1].

Dated at Los Angeles, CA, this 3rd day September 2024.

*Edna Campos*

**Edna Campos**
5630 Venice Blvd #1106
Telephone: 323-443-9051
E-mail: 041881.gsta@gmail.com

---

[1] [**Note:** Local Civil Rule D.C.COLOLCivR 7.1(a) requires a party (including an unrepresented party) to confer or make reasonable good faith efforts to confer with any opposing counsel or unrepresented party about the subject of their motion before filing the motion, and to describe the specific efforts to fulfill this duty. The duty to confer is not required, in certain exceptions.  See D.C.COLOLCivR 7.1(b)(1)-(4).]

2

# CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2024, I sent a copy of the **NOTICE OF MOTION TO QUASH SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION** to the following parties in the way described below each party's name:

Party Name: Plaintiff: CAPSTONE STUDIOS CORP
How Served: emai
Party Attorney's Name: Kerry Culpepper
Telephone Number: 808-464-4047
Email Address: kculpepper@culpepperip.com

Party Name: Defendant CenturyLink Communications LLC DBA Lumen Technologies Group
How Served: email to Ingalee Threatt
Email Address: ingalee.norberg@lumen.com

*Edna Campos*

(Signature of person completing service)
Print Name Edna Campos
Address: 5630 Venice Blvd #1106
Telephone Number: 323-443-9051
Email Address: 041881.gsta@gmail.com